COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (sneal@cooley.com)
JAMES DONATO (146140) (jdonato@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:  (415) 693-2000
Facsimile:   (415) 693-2222

Attorneys for Defendant
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT M. JOHNSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION; ATI TECHNOLOGIES, INC.; and ADVANCED MICRO DEVICES, INC.,<br><br>Defendants. | Case No.  C-06-7712 MJJ<br><br>**CLASS ACTION**<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br>AND ORDER<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Brett M. Johnson and Defendants Nvidia Corporation ("Nvidia"), ATI Technologies, Inc. and Advanced Micro Devices, Inc. (collectively "AMD") stipulate and agree as follows to extend the time to respond to the Complaint on file in this action.

1. On December 15, 2006, Plaintiff filed the Complaint, which alleges claims under Section 1 of the Sherman Act, 15 U.S.C. § 1, and under state antitrust and consumer protection laws. Plaintiff has styled the Complaint as a putative class action.

2. As of the date of this Stipulation, at least 14 other complaints have been filed in this and other judicial districts. All of these complaints also allege federal and/or state law antitrust claims against Nvidia and AMD and are styled as putative class actions.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1021347 v1/SF

**STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
C-06-7712 MJJ**

Dockets.Justia.com

1    3.   On December 8, 2006, plaintiffs in some of these other actions collectively filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML") to transfer and consolidate in this judicial district all existing and subsequently filed antitrust actions related to the claims alleged in the Complaint. Nvidia and AMD will respond to the motion on the schedule to be set by the JPML.

4.   On December 14, 2006, pursuant to Local Rule 3-12, the plaintiff in another action (*Juskiewicz v. Nvidia Corp., et al.*, Case No. C-06-7553) filed an "Administrative Motion To Consider Whether Cases Should Be Related" to relate that action to a similar action (*Truong v. Nvidia Corp., et al.,* Case No. C-06-7417) filed in this district against Nvidia and AMD.

5.   In light of the multiplicity of complaints on file and the pending motion before the JPML, the parties agree to extend the time for Nvidia and AMD to answer or otherwise respond to the Complaint to 30 days after (1) the order resolving the JPML motion, and (2) the filing and service of any subsequent consolidated complaint, without prejudice to the right of Nvidia or AMD to seek additional time to answer or otherwise respond to the Complaint for good cause shown.

Respectfully submitted,

Dated: December 29, 2006

COOLEY GODWARD KRONISH LLP

By:  /s/ James Donato
     James Donato (146140)

Attorneys for Defendant
NVIDIA CORPORATION

| Dated: December 29, 2006 | Dated: December 29, 2006 |
|---|---|
| LATHAM & WATKINS LLP | SCOTT & SCOTT LLP |
| By:  /s/ Charles H. Samel<br>Charles H. Samel (182019) | By:  /s/ Arthur L. Shingler III<br>Arthur L. Shingler III (181719) |
| Attorneys for Defendants<br>ATI TECHNOLOGIES, INC. and<br>ADVANCED MICRO DEVICES, INC. | Attorneys for Plaintiff<br>BRETT M. JOHNSON |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1021347 v1/SF                           2.

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
C-06-7712 MJJ

1  FILER'S ATTESTATION:

2      Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of

3  perjury that the concurrence in the filing of this document has been obtained from its signatories.

4  Dated: December 29, 2006

                                                By: /s/ James Donato

5                                                       James Donato



UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Martin J. Jenkins
1/5/2007

Cooley Godward Kronish LLP
Attorneys At Law
San Francisco

1021347 v1/SF      3.      **Stipulation Extending Time To Respond To Complaint**
**C-06-7712 MJJ**